**No. 11-635. Francesk Ujka, et al., Petitioners v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1158, 132 S. Ct. 1108, 181 L. Ed. 2d 980, 2012 U.S. LEXIS 904.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 423 Fed. Appx. 960.